### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>25-mj-8134-RMM</u>

**UNITED STATES OF AMERICA**

**v.**

**ANGEL ICAL-COC,**

_____/

FILED BY_____ **SP** ____D.C.

**Mar 12, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

### <u>CRIMINAL COVER SHEET</u>

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? No

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

3.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

4.  Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:  *Shannon O'Shea Darsch*

SHANNON O'SHEA DARSCH
Assistant United States Attorney
Florida Bar No. 68566
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1027
Shannon.Darsch@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   25-mj-8134-RMM |
| ANGEL ICAL-COC, | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

FILED BY_____SP_____D.C.

**Mar 12, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 10, 2025_____ in the county of _____Palm Beach_____ in the

___Southern___ District of _____Florida_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer Andy Korzen, ICE
*Printed name and title*

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Date:  3/12/25

_____
*Judge's signature*

City and state:  _____West Palm Beach, FL_____   Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Angel ICAL-COC committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about March 10, 2025, Angel ICAL-COC was arrested in Palm Beach County, Florida on charge of driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail.

4.      A review of the immigration records shows that Angel ICAL-COC is a native and citizen of Mexico. Records further show that on or about November 5, 2019, Angel ICAL-COC was ordered removed. The Order of Removal was executed on or about November 14, 2019, whereby Angel ICAL-COC was removed from the United States and returned to Mexico.

1

5.      Angel ICAL-COC's fingerprints taken in connection with his March 10, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is Angel ICAL-COC.

6.      A record check was performed in the Computer Linked Application Informational Management System to determine if Angel ICAL-COC filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Angel ICAL-COC obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7.      Based on the foregoing, I submit that probable cause exists to believe that, on or about March 10, 2025, Angel ICAL-COC, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _12_ day of March 2025.

RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:   ANGEL ICAL-COC

**Case No**:  25-mj-8134-RMM

Count #: 1

8 U.S.C. § 1326(a)

Illegal Re-entry after Removal

**\* Max. Term of Imprisonment: 2 years' imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): n/a**
**\* Max. Supervised Release: 1 year's supervised release**
**\* Max. Fine:  $250,000 fine and a mandatory $100 special assessment upon conviction**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**